George M. Kraw (California Bar No. 71551)
Donna L. Kirchner (California Bar No. 138320)
Katherine McDonough (California Bar No. 241426)
Kraw and Kraw Law Group
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Plaintiffs:
*Board of Trustees of the Resilient Floor Covering Pension Trust Fund, and the Resilient Floor Covering Pension Trust Fund*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION TRUST FUND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> FRONT RANGE FINISHES, LLC, <br><br> Defendant. | Case No.:  3:15-cv-05528-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASES MANAGEMENT CONFERENCE** |

Plaintiffs, BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION TRUST FUND, and the RESILIENT FLOOR COVERING PENSION TRUST FUND (herein after jointly "Plaintiffs") and Defendant, FRONT RANGE FINISHES, LLC ("Defendant"), stipulate and respectfully request this Court to continue the Case Management Conference currently set for March 30, 2016 at 2:00 p.m.   The parties propose to continue the Case Management Conference to Wednesday, April 20, 2016 at 2:00 p.m., or as soon thereafter as this Court is available.  The

above named parties previously stipulated to extend the deadline for the Defendant to file an Answer to April 9, 2016 (See, ECF No. 17).  Accordingly, the parties have requested the first available Court Date after the April 9th deadline.  The reason for this request is that the parties are currently involved in ongoing settlement negotiations and believe the extension will allow the Parties to focus on attempting to resolve their dispute.

Dated:  March 16, 2016                             KRAW LAW GROUP, APC

/s/ Donna L. Kirchner
Donna L. Kirchner (SBN 138320)
*Attorneys for Plaintiffs, Board of Trustees of the Resilient Floor Covering Pension Trust Fund, and the Resilient Floor Covering Pension Trust Fund*

Dated: March 16, 2016                              TRUCKER HUSS, APC

/s/ Sean T. Strauss
Robert F. Schwartz
Sean T. Strauss
*Attorneys for Defendant, Front Range Finishes LLC*

**ORDER**

Pursuant to the Stipulation of the Parties set forth above, the Case Management Conference set for March 30, 2016 shall be continued to April 20, 2016 at 2:00 p.m. and the Joint Case Management Statement shall be filed no later than one week prior to the scheduled Case Management Conference.  **IT IS SO ORDERED**.

Dated:  March 17, 2016

HONORABLE JON S. TIGAR
United Stated District Court Judge