George M. Kraw (California Bar No. 71551)
Donna L. Kirchner (California Bar No. 138320)
Katherine McDonough (California Bar No. 241426)
Kraw and Kraw Law Group
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Plaintiffs
Resilient Floor Covering Pension Fund Board of Trustees, and
Resilient Floor Covering Pension Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND, et al, <br><br> Plaintiffs, <br><br> v. <br><br> Front Range Finishes, LLC, <br><br> Defendant. | Case No.: 4:15-cv-05528 JST <br><br> **STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING THE CASE MANAGEMENT CONFERENCE** |

WHEREAS a Case Management Conference is currently scheduled for April 20, 2016; and

WHEREAS the arbitrator in a related arbitration recently issued his ruling and award, and Plaintiffs wish to amend the complaint herein to include an action to enforce the arbitration award; and

WHEREAS the parties have initiated settlement discussions and, because they believe mediation would help the process, they are filing herewith a Stipulation and [proposed] Order Selecting ADR Process; and

1  WHEREAS Defendant has graciously agreed to stipulate to leave for Plaintiffs to amend their complaint; and

WHEREAS Plaintiff has agreed that the deadline for Defendant to answer to the amended complaint will be extended to 30 days after the amended complaint is filed or after the mediation, whichever occurs later;

THEREFORE, it is hereby stipulated between the parties that the Case Management Conference is continued to June 29, 2016, leave be granted for Plaintiffs to file an amended complaint no later than April 29, 2016, and the deadline for Defendant to answer to the amended complaint will be extended to 30 days after the amended complaint is filed or 30 days after the mediation, whichever occurs later.  The parties respectfully request that the court issue an order approving said stipulation.

Dated: April  14 , 2016                           KRAW & KRAW LAW GROUP


                                                   /s/  Donna Kirchner        
                                                  Donna L. Kirchner
                                                  Counsel for Plaintiffs

Dated: April  14 , 2016                           TRUCKER HUSS, APC


                                                   /s/  Sean T. Strauss        
                                                  Sean T. Strauss
                                                  Counsel for Defendant


**ORDER**

Pursuant to the Stipulation of the Parties set forth above, the Case Management Conference set for April 20, 2016 shall be continued to June 29, 2016 at 2:00 p.m. and the Joint Case Management Statement shall be filed no later than one week prior to the scheduled Case Management Conference.  Plaintiffs are granted leave to file an amended complaint no later than April 29, 2016.  The deadline for Defendant to answer to the amended complaint is extended to 30

days after the amended complaint is filed or 30 days after the mediation, whichever occurs later.

IT IS SO ORDERED.

Dated: April 15, 2016

HONORABLE
United



**ATTESTATION**

I, Donna Kirchner, attest that Sean T. Strauss, attorney for the Defendant, FRONT RANGE FINISHES, LLC, has read and approved the foregoing **STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING THE CASE MANAGEMENT CONFERENCE**, and has consented to its filing in this action.

                          */s/ Donna Kirchner*
                          Donna L. Kirchner